UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROCHELLE DANIEL,

    Plaintiff,

v.                                            Case No. 14-11117

EQUABLE ASCENT FINANCIAL, LLC, and
VELOCITY PORTFOLIO GROUP,

    Defendants.
                                           /

**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION**

    Plaintiff moves for reconsideration of the court's order denying her motion for default judgment. (Dkt. # 14.) Plaintiff repeats her argument that Defendants should have submitted a stipulated order extending the time to answer Plaintiff's complaint sooner than they did. The court repeats its answer: "It was reasonable for Defendants to rely on [Plaintiff's] oral agreement, and file the stipulated order after the intervening weekend." (Dkt. # 18, Pg. ID 50.) Further, "[i]t is unwise to unreasonably and unnecessarily multiply the proceedings." (*Id.* at Pg ID 51.) Accordingly,

    IT IS ORDERED that Plaintiff's motion for reconsideration (Dkt. # 19) is DENIED.

                                                   s/Robert H. Cleland
                                                 ROBERT H. CLELAND
                                                 UNITED STATES DISTRICT JUDGE

Dated: August 22, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 22, 2014, by electronic and/or ordinary mail.

                                             s/Lisa Wagner
                                            Case Manager and Deputy Clerk
                                            (313) 234-5522